IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:             CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| All Cascino Vaughan Law Office Cases on Attached Exhibit A ) ) ) | Case No. See Exhibit A |
| VS. ) ) | **FILED** |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL. ) ) ) | AUG 0 5 2005 |
| Defendants. ) | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE |

## STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices, LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only, each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

| CASCINO VAUGHAN LAW OFFICES, LTD. | WILDMAN HARROLD ALLEN & DIXON, LLP. |
|---|---|
| By: _____ Michael Cascino 220 S. Ashland Avenue Chicago, IL 60607 (312) 944-0600 ATTORNEYS FOR PLAINTIFFS | By: _____ Jennifer Johnson 225 W. Wacker Dr. Chicago, IL 60606-1229 (312) 201-2000 ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY |

So Ordered
Charles R. Weiner
7/28/2005

Page 1

Friday, May 27, 2005

# EXHIBIT A

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|---|---|---|---|---|---|---|---|
| Alley | Steve A. | | 94-4051 | IL | F | SOUTHERN | EAST ST LOUIS |
| Avant | Jack | | 94-4217 | IL | F | SOUTHERN | EAST ST LOUIS |
| Bruno | Gary M. | | 93-461-WLB | IL | F | SOUTHERN | EAST ST LOUIS |
| Carter | Carl L., Sr. | | 93-725-WDS | IL | F | SOUTHERN | EAST ST LOUIS |
| Clem | Paul | | 93-4165-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Crouch | Oscar S. | | 96-4290-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| French | Michael F. | | 00-18-GPM | IL | F | SOUTHERN | EAST ST LOUIS |
| Fry | George E. | | 99-4202-GPM | IL | F | SOUTHERN | EAST ST LOUIS |
| Glover | Robly | | 94-4248-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Gray | Lionel | | 01-189-DRH | IL | F | SOUTHERN | EAST ST LOUIS |
| Hartje | William | | 93-4163-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Harvey | Murl R. | | 01-4001-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Huey | Dennis | | 01-236-DRH | IL | F | SOUTHERN | EAST ST LOUIS |
| Karnes | Ronald | | 93-4162-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Kelly | Gerald | | 94-4250I | IL | F | SOUTHERN | EAST ST LOUIS |
| King | Emmett | | 00 372 WDS | IL | F | SOUTHERN | EAST ST LOUIS |
| Kirk | Jack | | 00-11-DRH | IL | F | SOUTHERN | EAST ST LOUIS |
| Kruse | Henry | | 86-5378-WLB | IL | F | SOUTHERN | EAST ST LOUIS |
| McClure | Wendell E. | | 00-4182-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Moore | Marion L. | | 93-4174-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Orr | William D. | | 01-2-DRH | IL | F | SOUTHERN | EAST ST LOUIS |
| Otto | Thomas C. | | 94-4200-JP6 | IL | F | SOUTHERN | EAST ST LOUIS |
| Pappas | Jerry N. | | 01-4003-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Patton | Donald M. | | 97-4237-JLF | IL | F | SOUTHERN | EAST ST LOUIS |
| Phelps | Ralph L. | | 01-4030-JLF | IL | F | SOUTHERN | EAST ST LOUIS |
| Sutherlin | James R. | | 97-4200-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Tincher | George M. | | 00-4291-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Walters | Edward | | 94-4223 | IL | F | SOUTHERN | EAST ST LOUIS |
| Wiseman | Oran | | 93-4164-JPG | IL | F | SOUTHERN | EAST ST LOUIS |
| Wolfe | Jack | | 94-4249 | IL | F | SOUTHERN | EAST ST LOUIS |
| Young | Ronny L. | | 94-4224 | IL | F | SOUTHERN | EAST ST LOUIS |

EXHIBIT A